IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WOODBURCK NOE, #148475,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | Civil Action No. 2:09cv511-ID |
| v.    ) | |
| ) | |
| ) | |
| ALABAMA DEPT. OF CORRECTIONS,    ) | |
| ) | |
| Defendant.    ) | |

**ORDER**

Before the court are Plaintiff Woodburck Noe's Objections and the Recommendation of the Magistrate Judge (Docs. No. 4 and 5). Having conducted a *de novo* determination of those portions of the Recommendation of the Magistrate Judge to which objection is made, it is CONSIDERED and ORDERED as follows:

1. That said objections be and the same are hereby OVERRULED.

2. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED.

3. That this action be and the same is hereby DISMISSED, without prejudice, due to Plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this 16th day of July, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE